AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

TWO DIGITAL DEVICES IN THE CUSTODY OF THE METROPOLITAN POLICE DEPARTMENT UNDER RULE 41

Case No. 22-sw-346

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the   Jurisdiction of the   District of   Columbia
*(identify the person or describe the property to be searched and give its location)*:

See Attachments A-1 and A-2, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   November 17, 2022   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Moxila A. Upadhyaya
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued: 11/03/2022

*Judge's signature*
Digitally signed by Moxila A. Upadhyaya
Date: 2022.11.03 18:16:19 -04'00'

City and state: Washington, D.C.   Moxila A. Upadhyaya, United States Magistrate Judge
*Printed name and title*

## Return

| Case No.: 22-sw-346 | Date and time warrant executed: 11/4/2022  1200 | Copy of warrant and inventory left with: inv. C. Miller |
|---|---|---|

Inventory made in the presence of:
inv C. Miller

Inventory of the property taken and name(s) of any person(s) seized:

Search initiated on 11/4/2022 at 12:00pm on apple iphone 11 and apple iphone 13.

Phones were submitted to Forensic Examiners to unlock and obtain extractions

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/7/22

*Executing officer's signature*

Caroline Miller investigator
*Printed name and title*